UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY | No. 2:13-cv-02427-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WATERLOO ENTERPRISES, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On October 20, 2015, this Court issued an Order to Show Cause ("OSC") as to why this action should not be dismissed for failure to prosecute given the fact that no further activity has transpired since April 14, 2014, more than eighteen months ago, when the Clerk entered default against Defendant Waterloo Enterprises, Inc.  See ECF No. 13.  Inasmuch as nothing has been done since that time to reduce that default judgment, Plaintiff's counsel was directed to file a response to the OSC, not later than November 5, 2015 and in advance of the hearing on said OSC set for November 12, 2015 at 2:00 p.m. in Courtroom No. 7.  No response of any kind has been forthcoming.

Inasmuch as counsel was specifically advised that failure to respond would result in a dismissal of this action, with prejudice and without further notice, the above entitled case is hereby dismissed, with prejudice, for failure to prosecute and for failure to comply

1    with this Court's order.  The November 12, 2015 hearing on the OSC is vacated.

2            The matter having now been concluded in its entirety, the Clerk of Court is

3    directed to close the file.

4            IT IS SO ORDERED.

5    Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT